IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02323-BNB

DEJA FRANKS,

Plaintiff,

v.

NORTH AMERICAN ASSET SERVICES, LLC d/b/a FRONTIER FINANCIAL GROUP, INC., and
SALVATORE MAZZARA,

Defendants.

_____

## ORDER
_____

This matter is before me on **Defendants' Motion to Strike Paragraphs . . . of Plaintiff Deja Franks' Amended Complaint** [Doc. # 10, filed 11/21/2011] (the "Motion to Strike"). I held a hearing on the Motion to Strike this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED that the Motion to Strike [Doc. # 10] is DENIED.

Dated December 13, 2011.

BY THE COURT:

　s/ Boyd N. Boland
United States Magistrate Judge