IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02323-BNB-KMT

DEJA FRANKS,

Plaintiff,

v.

NORTH AMERICAN ASSET SERVICES, LLC d/b/a FRONTIER FINANCIAL GROUP, INC.,

Defendant.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Stipulation for Withdrawal of Plaintiff's Motion to Compel Better Answers** [docket no. 33, filed March 28, 2012].

IT IS ORDERED that the **Plaintiff's Motion to Compel Better Answers from Defendant North American Asset Services, LLC** [28] is DENIED AS WITHDRAWN.

IT IS FURTHER ORDERED that the motions hearing set for **April 2, 2012**, is **VACATED**.

DATED:  March 28, 2012