IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02323-BNB-KMT

DEJA FRANKS,

Plaintiff,

v.

NORTH AMERICAN ASSET SERVICES, LLC d/b/a FRONTIER FINANCIAL GROUP, INC.,

Defendant.
_____

**ORDER**
_____

I am informed that this matter has been resolved by the plaintiff's acceptance of the defendant's offer of judgment.  The offer of judgment provides that the judgment shall include the plaintiff's "reasonable attorney's fees now accrued through the date of service of this Offer . . ., as agreed to between counsel for the parties, or if they are unable to agree, as determined by the Court upon motion. . . ."  Offer of Judgment [Doc. # 43-1].

IT IS ORDERED:

(1)   The plaintiff shall file a fee application, if at all, on or before **May 24, 2012**.  The application must fully comply with the requirements of D.C.COLO.LCivR 54.3.

(2)   The defendant shall respond to the fee application on or before **May 31, 2012**.

(3)   A hearing on the fee application is set for **June 7, 2012, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  Counsel and parties must attend the hearing **in person**.

(4)   The hearing will be vacated upon notice from the parties that the issue of

attorney's fees and costs has been resolved and the filing of a joint stipulation of the amount of attorney's fees and costs to be added to the judgment entered.

Dated May 10, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge