IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02323-BNB-KMT

DEJA FRANKS,

Plaintiff,

v.

NORTH AMERICAN ASSET SERVICES, LLC d/b/a FRONTIER FINANCIAL GROUP, INC.,

Defendant.

_____

**ORDER**
_____

This matter arises on the following:

(1)    **Plaintiff's Petition for Attorneys' Fees and Costs** [Doc. # 46, filed 5/24/2012]

(the "Fee Petition"); and

(2)    **Plaintiff's Request for Entry of Bill of Costs** [Doc. # 47, filed 5/24/2012] (the

"Motion for Costs").

I held a hearing on the pending matters this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)    The Fee Petition [Doc. # 46] is GRANTED, and the plaintiff is awarded her reasonable attorneys fees in the amount of $12,230.50;

(2)    The Motion for Costs [Doc. # 47] is DENIED; and

(3)    Attorneys fees in the amount of $12,230.50 shall be added to the current Judgment of $1,001.00 plus post-judgment interest pursuant to the Judgment [Doc. # 44].

Dated June 7, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge