IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02323-BNB-KMT

DEJA FRANKS,

Plaintiff,

v.

NORTH AMERICAN ASSET SERVICES, LLC d/b/a FRONTIER FINANCIAL GROUP, INC.,

Defendant.
_____

**ORDER**
_____

Good cause having been shown,

IT IS ORDERED that the Order to Show Cause [Doc. # 51] is DISCHARGED.

Dated June 8, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge